1 | MELINDA L. HAAG CSBN 132612
United States Attorney
2 | DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
3 | ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HORACE JOHNSON,                )
                               )   CASE NO.: C-3:11-cv-02377-RS
            Plaintiff,         )
                               )   STIPULATION AND ~~PROPOSED~~ ORDER
       v.                      )   FOR A FIRST EXTENSION FOR
                               )   DEFENDANT TO FILE NOTICE, MOTION,
MICHAEL J. ASTRUE,             )   AND MEMORANDUM IN SUPPORT OF
Commissioner of                )   CROSS-MOTION FOR SUMMARY
Social Security,               )   JUDGMENT AND IN OPPOSITION TO
                               )   PLAINTIFF'S MOTION FOR SUMMARY
            Defendant.         )   JUDGMENT
_____)

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 6, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

   This is Defendant's first request for an extension of time in this matter.

                                   Respectfully submitted,

Dated: December 7, 2011            */s/ Tony Arjo*
                                   (as authorized via e-mail)
                                   TONY ARJO
                                   Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MELINDA L. HAAG
United States Attorney

Dated: December 7, 2011   By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/7/11                    _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2