| | |
|---|---|
| 1 | MELINDA L. HAAG CSBN 132612 |
| | United States Attorney |
| 2 | DONNA L. CALVERT, SBN IL 6191786 |
| | Acting Regional Chief Counsel, Region IX |
| 3 | ELIZABETH BARRY, CSBN 203314 |
| | Special Assistant United States Attorney |

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HORACE JOHNSON, ) | |
|     Plaintiff, ) | CASE NO.: C-3:11-cv-02377-RS |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 6, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: December 7, 2011   */s/ Tony Arjo*
                          (as authorized via e-mail)
                          TONY ARJO
                          Attorney for Plaintiff

|   |   |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: December 7, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE