*e-filed 1/5/12*

1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
      333 Market Street, Suite 1500
5     San Francisco, California 94105
      Telephone: (415) 977-8972
6     Facsimile: (415) 744-0134
      Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
   HORACE JOHNSON,                )
12                                )   CASE NO.: C-3:11-cv-02377-RS
             Plaintiff,           )
13                                )   STIPULATION AND ~~PROPOS~~ED ORDER
         v.                       )   FOR A SECOND EXTENSION FOR
14                                )   DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,              )   AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                )   CROSS-MOTION FOR SUMMARY
   Social Security,               )   JUDGMENT AND IN OPPOSITION TO
16                                )   PLAINTIFF'S MOTION FOR SUMMARY
             Defendant.           )   JUDGMENT
17 _____ )

18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until February 6, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's second request for an extension of time in this matter.

24                          Respectfully submitted,

25 Dated: January 5, 2012        */s/ Tony Arjo*
                                 (as authorized via e-mail)
26                               TONY ARJO
                                 Attorney for Plaintiff
27

28

|   |   |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: January 5, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __1/5/12_____    _____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE