*e-filed 1/5/12*

1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       333 Market Street, Suite 1500
5      San Francisco, California 94105
       Telephone: (415) 977-8972
6      Facsimile: (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
   HORACE JOHNSON,                )
12                                ) CASE NO.: C-3:11-cv-02377-RS
              Plaintiff,          )
13                                ) STIPULATION AND ~~PROPOS~~ED ORDER
       v.                         ) FOR A SECOND EXTENSION FOR
14                                ) DEFENDANT TO FILE NOTICE, MOTION,
   MICHAEL J. ASTRUE,             ) AND MEMORANDUM IN SUPPORT OF
15 Commissioner of                ) CROSS-MOTION FOR SUMMARY
   Social Security,               ) JUDGMENT AND IN OPPOSITION TO
16                                ) PLAINTIFF'S MOTION FOR SUMMARY
              Defendant.          ) JUDGMENT
17 _____)

18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until February 6, 2012, in which to file his

21 Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23     This is Defendant's second request for an extension of time in this matter.

24                              Respectfully submitted,

25 Dated: January 5, 2012        */s/ Tony Arjo*
                                 (as authorized via e-mail)
26                               TONY ARJO
                                 Attorney for Plaintiff
27

28

MELINDA L. HAAG
United States Attorney

Dated: January 5, 2012          By */s/ Elizabeth Barry*
                                ELIZABETH BARRY
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __1/5/12_____        _____
                                 RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE

2